

# NUMBERS 13-21-00470-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

KENNETH LEE CHAVEZ,                                                    Appellant,

v.

THE STATE OF TEXAS,                                                    Appellee.

### On appeal from the 93rd District Court
### of Hidalgo County, Texas.

# ORDER OF ABATEMENT

### Before Justices Benavides, Hinojosa, and Silva
### Order Per Curiam

This cause is before the Court on its own motion. Appellant, Kenneth Lee Chavez, has filed a notice of appeal with this Court from his convictions in trial court cause number CR-2382-20-B. The trial court's certification of the defendant's right to appeal contained in the record indicates "Count 1," and the record does not include a trial court's

certification of defendant's right to appeal related to counts two and three. *See* Tᴇx. R. Aᴘᴘ. P. 25.2(a)(2).

Therefore, we abate this appeal and remand this cause to the trial court for a hearing to determine (1) whether the trial court's certification of appealability relates to all counts, (2) whether any trial court's certification of appealability related to count two and three exist or need to be created, and (3) whether the appellant has the right to appeal counts two and three. We further direct the trial court to issue findings of fact and conclusions of law regarding these issues. The trial court shall cause its findings of fact together with a new or amended certification and any orders, if any, it enters to be included in a supplemental clerk's record. The trial court is directed to cause the supplemental clerk's record to be filed with the Clerk of this Court within thirty days of the date of this order.

PER CURIAM

Do not publish.
Tᴇx. R. Aᴘᴘ. P. 47.2(b).

Delivered and filed the
6th day of June, 2022.